≈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/  Gregory T. Murphy |
| Date | Signature |
|  | Print Name                                                    Bar Number |
|  | Address |
|  | City                            State                       Zip Code |
|  | Phone Number                                              Fax Number |

1 **GREGORY T. MURPHY**
California State Bar No. 245505
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: gregory_murphy@fd.org

5 Attorneys for Jesus Gonzalez-Mendoza

8                               UNITED STATES DISTRICT COURT

9                             SOUTHERN DISTRICT OF CALIFORNIA

10                              **(HONORABLE LOUISA S. PORTER)**

11 | UNITED STATES OF AMERICA,           )  Case No. 08MJ1970
                                         )
12 |        Plaintiff,                   )
                                         )
13 | v.                                  )  **CERTIFICATE OF SERVICE**
                                         )
14 | JESUS GONZALEZ-MENDOZA,             )
                                         )
15 |        Defendant.                   )
   |_____    )

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                                     U.S. Attorney CR
                                    Efile.dkt.gc2@usdoj.gov
20

21                                     Respectfully submitted,

23 DATED:      July 1, 2008            /s/ Gregory T. Murphy
                                       **GREGORY T. MURPHY**
24                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Jesus Gonzalez-Mendoza